IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

      Plaintiff,

      v.

MEAGAN WOLFE, in her official capacity as
Administrator of the Wisconsin Elections
Commission, ANN S. JACOBS, MARK L.
THOMSEN, CARRIE RIEPL, DON M. MILLIS,
MARGE BOSTELMANN, and ROBERT F.
SPINDELL, JR., in their official capacities as
Commissioners of the Wisconsin Elections Commission,

      Defendants.

Case No. 26-CV-0786

## NOTICE OF REMOVAL

Defendants Meagan Wolfe, Ann S. Jacobs, Mark L. Thomsen, Carrie Riepl, Don M. Millis, Marge Bostelmann, and Robert F. Spindell, Jr., hereby remove the above-captioned action from Waukesha County Circuit Court, Case No. 26-CV-0781, to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446. The grounds supporting removal are as follows:

1. A civil action was commenced and is now pending in the circuit court for Waukesha County, Wisconsin: *Americans for Citizen Voting PAC v. Meagan Wolfe, et al.*, Case No. 26-CV-0781. This action was brought by the

plaintiff, Americans for Citizen Voting PAC, against the defendants, Meagan Wolfe, in her official capacity as Administrator of the Wisconsin Elections Commission, and Ann S. Jacobs, Mark L. Thomsen, Carrie Riepel, Don M. Millis, Marge Bostelmann, Robert F. Spindell, Jr., in their official capacities as Commissioners of the Wisconsin Elections Commission.

2. A copy of the summons and complaint were served on the defendants on April 29, 2026. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon the defendants are attached and marked as Exhibit A.

3. This action contains a claim arising under the First and Fourteenth Amendments to the United States Constitution. The plaintiff raises facial challenges to the statutory provisions enacted in 2025 Wis. Act 126, which require a circulator of nomination papers and recall petitions to be a "qualified elector of this state" except for presidential and vice-presidential nomination papers. (Ex. A:11–18.) The plaintiff argues that 2025 Wis. Act 126's provisions violate the First Amendment, applied to the State of Wisconsin through the Fourteenth Amendment. (Ex. A:16–17.)

4. The United States District Court for the Eastern District of Wisconsin has original jurisdiction pursuant to 28 U.S.C. § 1331 over the plaintiff's federal constitutional claim. The defendants have removed the action to this district, as the action here was commenced in a Wisconsin circuit court (Waukesha County Circuit Court) within this district. 28 U.S.C. § 1441(a).

5. This action is being timely removed on May 4, 2026, within 30 days after service on the defendants. *See* 28 U.S.C. § 1446(b)(2)(B); Fed. R. Civ. P. 6(a).

6. Pursuant to 28 U.S.C. § 1441(a), removal of this claim is mandatory upon compliance with 28 U.S.C. § 1446, as herein accomplished.

7. Written notice of the removal of this action, including a copy of this notice of removal, is being electronically transmitted to the plaintiff and filed with the clerk of courts for the circuit court for Waukesha County, Wisconsin, as required under 28 U.S.C. § 1446(d).

WHEREFORE, the defendants represent that they have complied with the applicable provisions of law, and hereby give notice that this action stands

3

removed from the circuit court for Waukesha County, State of Wisconsin, to the United States District Court for the Eastern District of Wisconsin.

Dated this 4th day of May 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Hannah S. Jurss
HANNAH S. JURSS
Assistant Attorney General
State Bar #1081221

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8101
(608) 294-2907 (Fax)
hannah.jurss@wisdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 4, 2026, I electronically filed the foregoing Notice of Removal with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 4th day of May 2026.

Electronically signed by:

s/ Hannah S. Jurss
HANNAH S. JURSS
Assistant Attorney General

4