# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Americans for Citizen Voting PAC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-cv-786 |
| Meagan Wolfe, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Americans for Citizen Voting PAC                                                                .

Date:      May 4, 2026                                  /s/ Nathalie E. Burmeister
                                                            *Attorney's signature*

                                                        Nathalie E. Burmeister; WI #1126820
                                                            *Printed name and bar number*
                                                        Wisconsin Institute for Law & Liberty
                                                        1241 N. Franklin Place
                                                        Milwaukee, WI 53202

                                                            *Address*

                                                        Nathalie@will-law.org
                                                            *E-mail address*

                                                        (414) 727-9455
                                                            *Telephone number*

                                                        (414) 727-6385
                                                            *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|