AMERICANS FOR CITIZEN VOTING PAC,

     Plaintiff,

                                     Case No. 2:26-cv-786

v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L.
THOMSEN, CARRIE RIEPL, DON M.
MILLIS, ROBERT F. SPINDELL, JR., and
MARGE BOSTELMANN,

     Defendants.

## PLAINTIFF'S DISCLOSURE STATEMENT

The undersigned counsel of record for Americans for Citizen Voting PAC, Plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

**Civil L. R. 7.1(a)(1):** Americans for Citizen Voting PAC.

**Civil L. R. 7.1(a)(2):** Americans for Citizen Voting PAC has no parent corporation(s) and no publicly owned corporation owns 10% or more of its stock.

**Civil L. R. 7.1(a)(3):** The law firm expected to appear on behalf of Plaintiff Americans for Citizen Voting PAC is the Wisconsin Institute for Law & Liberty, Inc.

Dated: May 4, 2026.

Respectfully Submitted,

WISCONSIN INSTITUTE FOR LAW & LIBERTY

*Electronically signed by Nathalie E. Burmeister*
Lucas T. Vebber (#1067543)
Daniel P. Lennington (#1088694)
Nathalie E.  Burmeister (#1126820)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

lucas@will-law.org
dan@will-law.org
nathalie@will-law.org

*Attorneys for Plaintiff*