## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

    Plaintiff,

                                      Case No. 2:26-cv-786

v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L.
THOMSEN, CARRIE RIEPL, DON M.
MILLIS, ROBERT F. SPINDELL, JR., and
MARGE BOSTELMANN,

    Defendants.

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Americans for Citizen Voting PAC, by its undersigned attorneys at the Wisconsin Institute for Law & Liberty, pursuant to Fed. R. Civ. P. 65, hereby moves for a temporary restraining order enjoining Defendants, their agents, employees, and successors from enforcing the residency requirements imposed by 2025 Wisconsin Act 126, and contained in Wis. Stat. §§ 8.10(3), 8.15(4)(a), 8.20(3), 8.40(2), and 9.10(2)(em)2.

Time is of the essence since the window to collect nomination signatures for the November 2026 General Election opened on April 15, 2026 and closes on June 1, 2026. Therefore, Plaintiff asks this Court to immediately enter a temporary restraining order while it considers Plaintiff's request for a preliminary injunction for the pendency of this action.

The grounds for this motion, as more fully set forth in the memorandum and supporting declaration submitted in conjunction with this motion, all of which are incorporated herein, are that the residency requirements imposed by 2025 Wisconsin Act 126 violate Plaintiff's rights guaranteed by the First Amendment to the United States Constitution as applied to the State of Wisconsin through the Fourteenth Amendment.

This motion may be granted without notice to the Defendants because, pursuant to Fed. R. Civ. P. 65(b), counsel for Plaintiff notified counsel for Defendants today that this motion was forthcoming, and as explained in the accompanying Memorandum in Support of Plaintiff's Motions for a Temporary Restraining Order and Preliminary Injunction, Plaintiff is currently sustaining irreparable harm.

Dated: May 4, 2026.

Respectfully Submitted,

WISCONSIN INSTITUTE
FOR LAW & LIBERTY

*Electronically signed by*
*Nathalie E. Burmeister*

Lucas T. Vebber (#1067543)
Daniel P. Lennington (#1088694)
Nathalie E.  Burmeister (#1126820)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-7361

lucas @will-law.org
dan@will-law.org
nathalie@will-law.org

*Attorneys for Plaintiff*