AMERICANS FOR CITIZEN VOTING PAC,

     Plaintiff,

                         Case No. 2:26-cv-786

v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L.
THOMSEN, CARRIE RIEPL, DON M.
MILLIS, ROBERT F. SPINDELL, JR., and
MARGE BOSTELMANN,

     Defendants.

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

On May 4, 2026, Plaintiff filed a motion and supporting documents for a temporary restraining order pursuant to Fed. R. Civ. P. 65. Now, for good cause shown,

IT IS HEREBY ORDERED that:

1.    Defendants are temporarily restrained from enforcing the residency requirements contained in Wis. Stat. §§ 8.10(3), 8.15(4)(a), 8.20(3), 8.40(2), and 9.10(2)(em)2. as amended by 2025 Wisconsin Act 126 and, further, shall not deem any signatures invalid because a circulator fails to certify that they are an elector of the State of Wisconsin. This order does not invalidate any signatures which contain the certification required by Act 126.

2. Defendants are hereby ordered to publicize this order in at least the same manner that Defendants had previously announced that those residency requirements were in effect.

Case 2:26-cv-00786-SCD     Filed 05/04/26     Page 2 of 2     Document 6-2