UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

    Plaintiff,

                                  Case No. 2:26-cv-786

v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L.
THOMSEN, CARRIE RIEPL, DON M.
MILLIS, ROBERT F. SPINDELL, JR., and
MARGE BOSTELMANN,

    Defendants.

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Americans for Citizen Voting PAC, by its undersigned attorneys at the Wisconsin Institute for Law & Liberty, pursuant to Fed. R. Civ. P. 65, hereby moves for a preliminary injunction enjoining Defendants, their agents, employees, and successors from enforcing the residency requirements imposed by 2025 Wisconsin Act 126 and contained in Wis. Stat. §§ 8.10(3), 8.15(4)(a), 8.20(3), 8.40(2), and 9.10(2)(em)2.

The grounds for this motion, as more fully set forth in the memorandum and supporting declaration submitted in conjunction with this motion, all of which are incorporated herein, are that the residency requirements imposed by 2025 Wisconsin Act 126 violate Plaintiff's rights guaranteed by the First Amendment to the United States Constitution as applied to the State of Wisconsin through the Fourteenth Amendment.

Dated: May 4, 2026.

Respectfully Submitted,

WISCONSIN INSTITUTE
FOR LAW & LIBERTY

*Electronically signed by*
*Nathalie E. Burmeister*

Lucas T. Vebber (#1067543)
Daniel P. Lennington (#1088694)
Nathalie E.  Burmeister (#1126820)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-7361

lucas @will-law.org
dan@will-law.org
nathalie@will-law.org

*Attorneys for Plaintiff*