UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

    Plaintiff,

                                 Case No. 2:26-cv-786

v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L.
THOMSEN, CARRIE RIEPL, DON M.
MILLIS, ROBERT F. SPINDELL, JR., and
MARGE BOSTELMANN,

    Defendants.

## ORDER GRANTING PRELIMINARY INJUNCTION

On May 4, 2026, Plaintiff filed a motion and supporting documents for a preliminary injunction pursuant to Fed. R. Civ. P. 65. Now, for good cause shown,

IT IS HEREBY ORDERED that:

1.    Defendants are enjoined from enforcing the residency requirements contained in Wis. Stat. §§ 8.10(3), 8.15(4)(a), 8.20(3), 8.40(2), and 9.10(2)(em)2. as amended by 2025 Wisconsin Act 126 and, further, shall not deem any signatures invalid because a circulator fails to certify that they are an elector of the State of Wisconsin. This order does not invalidate any signatures which contain the certification required by Act 126.

2.    Defendants are hereby ordered to publicize this order in at least the same manner that Defendants had previously announced that those residency requirements were in effect.