UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

    Plaintiff,

                                  Case No. 2:26-cv-786

v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L.
THOMPSON, CARRIE RIEPL, DON M.
MILLIS, ROBERT F. SPINDELL, JR., and
MARGE BOSTELMANN,

    Defendants.

## DECLARATION OF PAUL JACOB

Pursuant to 28 U.S.C. § 1746, I, Paul Jacob, Chairman of Americans for Citizen Voting PAC, the Plaintiff in this action, declare that, if called upon, I could and would competently testify to the following:

1.     I am the Chairman of Plaintiff Americans for Citizen Voting PAC ("ACV PAC"), and I make these declarations based upon my personal knowledge.

2.     In my role I oversee all aspects of ACV PAC.

3.     ACV PAC is a federal political action committee registered with the Federal Elections Commission as a Hybrid PAC since December 27, 2023.

4.     ACV PAC maintains its principal place of business in Fairfax, Virginia.

5.     ACV PAC does not accept corporate contributions into its contribution account and is eligible to support candidates for state and federal office in the State of Wisconsin.

Docusign Envelope ID: BD048BBE-B383-858C-82DA-ABD37585F00D

6. ACV PAC's core mission is to promote election integrity by advocating for policies that ensure only United States citizens can vote in American elections. This mission includes supporting candidates throughout the country who advance these goals.

7. One way ACV PAC seeks to advance its mission is to engage in independent expenditures to support candidates who are aligned with ACV PAC's goals. This activity is advanced through its non-contribution account.

8. Gathering nomination signatures for candidates for public office is another way in which ACV PAC advances its mission and supports those candidates.

9. ACV PAC seeks to make expenditures to hire individuals to help collect nomination signatures for candidates for public office in the State of Wisconsin.

10. ACV PAC seeks to advance its mission by helping candidates for public office that it supports in the State of Wisconsin gather nomination signatures during the current signature gathering period which opened on April 15, 2026 and ends on June 1, 2026.

11. Because of the changes to Wisconsin law implemented by 2025 Wisconsin Act 126 ("Act 126"), ACV PAC is now required to engage with only Wisconsin electors in collecting nomination signatures and is prohibited from working with out-of-state residents to gather nomination signatures for candidates, significantly limiting the pool of individuals and firms ACV PAC is permitted to work with to advance its mission.

12. The residency and registration requirements imposed by Act 126 impede ACV's ability to communicate its political messages by limiting its ability to support candidates of its choosing, including by limiting who ACV PAC may associate with to advance its goals.

13. As a result, Act 126 directly harms ACV PAC's ability to advance its political beliefs, and to associate with candidates and supporters of its choosing.

14. In furtherance of its mission and in anticipation of the possibility of a favorable decision in this case, ACV PAC has entered into a Petition Agreement with DRW Campaigns, Inc. to engage in signature gathering on nominating petitions in support of Wisconsin state candidates. DRW Campaigns, Inc. is based in Michigan and regularly hires petition circulators from around the country who are not qualified electors in Wisconsin. The petition services to be provided by DRW Campaigns under the Petition Agreement are contingent upon the issuance of a temporary or permanent injunction enjoining Act 126.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May <u>4.00</u>, 2026.

DocuSigned by:

*Paul Jacob*

0A7B9CFD8405471...

Paul Jacob