# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Americans for Citizen Voting PAC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:26-cv-786 |
| Meagan Wolfe et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Americans for Citizen Voting PAC                                                                              .

Date:     May 6, 2026

/s/ Daniel P. Lennington
*Attorney's signature*

Daniel P. Lennington; WI #1088694
*Printed name and bar number*
Wisconsin Institute for Law & Liberty
1241 N. Franklin Place
Milwaukee, WI 53202

*Address*

Dan@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

*FAX number*

| Print | Save As... | Reset |
|---|---|---|