# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Americans for Citizen Voting PAC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-786 |
| Meagan Wolfe, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

The Wisconsin State Legislature                                                                                      .

Date:  _____05/08/2026_____                          /s/ Misha Tseytlin
                                                                                  *Attorney's signature*

                                                          Misha Tseytlin Bar No. 1102199
                                                                  *Printed name and bar number*
                                                          111 South Wacker Drive, Suite 4100
                                                                  Chicago, Illinois 60606


                                                                           *Address*

                                                          misha.tseytlin@troutman.com
                                                                      *E-mail address*

                                                          (608) 999-1240
                                                                  *Telephone number*

                                                          (312) 443-0336
                                                                      *FAX number*