

# Wisconsin Elections Commission

201 West Washington Avenue | Second Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

_____

February 27, 2026

Patricia J. Hanson
Racine County Courthouse – 9th Floor
730 Wisconsin Avenue
Racine, WI 53403

**Sent via email: [rcda@da.wi.gov](mailto:rcda@da.wi.gov)**

**Re:** Referral of Complaint EL 24-50, Robin Vos v. Matthew Snorek, et al., Pursuant to Wis. Stat. § 5.05(2m)c.11.

Dear District Attorney Patricia J. Hanson:

On May 27, 2025, the Wisconsin Elections Commission (Commission) met in closed session and unanimously passed the following motion related to a complaint filed by Representative Robin Vos against Mathew Snorek and various other individuals involved with the recall effort in the spring of 2024:

> **The Wisconsin Elections Commission ("the Commission") finds that the complaint of Robin Vos does present probable cause under Wis. Stat. § 5.05(2m)(c)4. that John Libby and Nicole Milano violated Wis. Stat. § 12.13(3)(a) by falsely listing an address that was not their residence on the circulator certification of the recall petition pages that they signed. The Commission hereby refers this matter to the Racine County District Attorney's office pursuant to Wis. Stat. § 5.05(2m)(c)11.**

> **The Commission further finds that the complaint of Robin Vos presents probable cause under Wis. Stat. § 5.05(2m)(c)4. that Carlo Green, Howard Cairo, Rayelyn Victoria Romero, Leticia Victoria Perkins, Ritch Clotaire, Lavelle Hester Bey, Jason Lopez, Curtis Peterson, Jade Hilton, David Melnikov, and Xavier Lee violated Wis. Stat. § 12.13(3)(a). The Complainant submitted credible affidavits from several individuals who claim they did not sign the recall petition. The named circulator Respondents failed to respond or rebut the affidavits. As such, the allegations in the complaint are sufficient to establish probable cause. The Commission hereby refers this matter to the Racine County District Attorney's office pursuant to Wis. Stat. § 5.05(2m)(c)11.**

> **The Commission further finds that the complaint of Robin Vos does not present reasonable suspicion under Wis. Stat. § 5.05(2m)(c)4. that Matthew Snorek or the Recall Vos Committee violated any Wisconsin law. The Complainant does not identify what laws either Respondent is alleged to have violated, and only provides vague allegations made upon information and belief that either one engaged in impermissible conduct. As such, the allegations in the complaint were insufficient to establish reasonable suspicion.**

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Don M. Millis | Carrie Riepl | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

Attached to this letter are: 1) a copy of the verified complaint and attachments, and 2) a copy of the responses received from Matthew Snorek and the Recall Vos Committee. These records are being provided to you pursuant to Wis. Stat. § 12.13(5)(b)2. None of the other Respondents submitted responses. As you can see from the motion passed above, the Commission believed the complaint and attachments supported a finding that there is probable cause that John Libby, Nicole Milano, Carlo Green, Howard Cairo, Rayelyn Victoria Romero, Leticia Victoria Perkins, Ritch Clotaire, Lavelle Hester Bey, Jason Lopez, Curtis Peterson, Jade Hilton, David Melnikov, and Xavier Lee violated Wis. Stat. § 12.13(3)(a).

Pursuant to Wis. Stat. § 5.05(2m)c.18., if the Commission refers a matter to a district attorney, the district attorney "shall report to the commission concerning any action taken in regarding the matter" no later than "40 days after the date of the referral." Please email this report to angela.sharpe@wisconsin.gov and elections@wi.gov.

If you have any questions regarding this matter, please feel free to contact the Commission at (608) 261-2028 or elections@wi.gov.

Sincerely,

*Angela Sharpe*

Angela O'Brien Sharpe
Staff Attorney

**WISCONSIN ELECTIONS COMMISSION**

Cc:  Wisconsin Elections Commission Members
    Meagan Wolfe, Administrator

Attachments