# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

     *Plaintiff,*

     v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L. THOMSEN, CARRIE RIEPL, DON M. MILLIS, ROBERT F. SPINDELL, JR., *and,* MARGE BOSTELMANN, *in their official capacities as Wisconsin Elections Commissioners,*

     *Defendants.*

Case No. 2:26-cv-786

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Kevin LeRoy of Troutman Pepper Locke LLP, enters his appearance as Counsel on behalf of Proposed-Intervenor the Wisconsin State Legislature.

Please serve all pleadings and other documents on Mr. LeRoy via the Court's eFiling system or at the address below if applicable.

Dated: May 13, 2026

Respectfully submitted,

*Electronically signed by Kevin M. LeRoy*
KEVIN M. LEROY
State Bar No. 1105053
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
P. (312) 759-1938
F. (312) 443-0336
kevin.leroy@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2026, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/Kevin M. LeRoy*
KEVIN M. LEROY