## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

      *Plaintiff,*

    v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L. THOMSEN, CARRIE RIEPL, DON M. MILLIS, ROBERT F. SPINDELL, JR., *and,* MARGE BOSTELMANN, *in their official capacities as Wisconsin Elections Commissioners,*

      *Defendants.*

Case No. 2:26-cv-786

---

## THE WISCONSIN STATE LEGISLATURE'S
## MOTION TO INTERVENE

---

Under Rule 24 of the Federal Rules of Civil Procedure, the Wisconsin State Legislature ("Legislature") hereby moves to intervene in this action as a defendant. The Legislature has contemporaneously filed a supporting Memorandum setting forth the grounds for this Motion. The Legislature has also simultaneously filed a proposed Answer along with this Motion, and it intends to file a proposed Opposition to Plaintiff's Motion For Preliminary Injunction according to whatever schedule this Court sets. Dkt.17.

Counsel for the Legislature has conferred with counsel for Plaintiff and Counsel for WEC on this Motion. Counsel for Plaintiff has stated that it opposes the Legislature's Motion at this point but reserves the right to change that position after

seeing the Legislature's intervention filing. Counsel for WEC has stated that it opposes the Legislature's Motion.

For the reasons set forth in its supporting Memorandum, the Legislature respectfully requests that this Court grant its Motion To Intervene.

Dated: May 13, 2026.

Respectfully submitted,

*/s/Misha Tseytlin*
MISHA TSEYTLIN
*Counsel of Record*
(State Bar No. 1102199)
KEVIN M. LEROY
(State Bar No. 1105053)
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 759-1938 (KL)
(312) 443-0336 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

*Counsel for the Wisconsin State Legislature*

Case 2:26-cv-00786-LA    Filed 05/13/26    Page 2 of 3    Document 19

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2026, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/Misha Tseytlin*
MISHA TSEYTLIN