May 14, 2026

**VIA ELECTRONIC FILING**

The Honorable Lynn Adelman
United States District Court for the Eastern District of Wisconsin
United States Courthouse, Room 364
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE:   Americans for Citizen Voting PAC v. Wolfe, et al.
       Case No. 26-CV-786

Dear Judge Adelman,

Pursuant to the Court's order, counsel for the Plaintiff and Defendants as well as for the Proposed-Intervenor-Defendant the Wisconsin State Legislature ("Legislature") met and conferred regarding scheduling for this case going forward. Counsel for all parties and the Legislature apologize that this letter was not in by the Court's requested 10am deadline – but all parties worked in good faith as quickly as possible to come to agreement.

The Parties and the Legislature jointly propose the following for the Court's consideration:

1.  Plaintiff withdraws its motion for a preliminary injunction.
2.  The Parties and the Legislature have agreed to the following briefing schedule on the Legislature's Motion to Intervene (Dkt.19, filed on May 13, 2026):
    a.  Response briefs by Plaintiff and Defendants shall be filed by Thursday, June 4, 2026
    b.  The Wisconsin Legislature shall file a Reply brief by Thursday, June 11, 2026
3.  The Parties and the Legislature further agree that any answers or motions to dismiss from Defendants, including from the Legislature if its Motion to Intervene is granted, would be due 14 days after the Court's order on the Legislature's Motion to Intervene
4.  The parties have further agreed to the following briefing schedule for any Motion(s) to Dismiss, if filed:
    a.  Response brief(s) by Plaintiff shall be filed within 21 days after the filing of any motion
    b.  Reply brief(s) shall be filed within 7 days of the Response brief(s)

1

5. If two Motions to Dismiss are filed, Defendants and the Legislature do not object to the Plaintiff responding to those motions with a single consolidated response brief

If this case proceeds beyond any motions to dismiss, if filed, the parties agree to meet and confer for purposes of jointly agreeing upon a schedule moving forward and would intend to submit another joint letter at such a time for the Court's consideration.

If this schedule is acceptable to the Court, the parties jointly request the Court enter the same as a scheduling order in this case.

Sincerely,

*/s/ Nathalie E. Burmeister*
Lucas T. Vebber (#1067543)
Daniel P. Lennington (#1088694)
Nathalie E. Burmeister (#1126820)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

lucas@will-law.org
dan@will-law.org
nathalie@will-law.org

*Attorneys for Plaintiff*


*s/Hannah S. Jurss*
Assistant Attorney General
State Bar #1081221
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8101 (HSJ)
Hannah.Jurss@wisdoj.gov

*Attorney for Defendants*

2

*/s/ Kevin M. LeRoy*
Misha Tseytlin
*Counsel of Record*
(State Bar No. 1102199)
Kevin M. LeRoy
(State Bar No. 1105053)
Troutman Pepper Locke LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 759-1938 (KL)
(312) 443-0336 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

*Counsel for the Wisconsin State Legislature*