# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

AMERICANS FOR CITIZEN
VOTING PAC,
         **Plaintiff,**

     **v.**
                                       **Case No. 26-CV-0786**

MEGAN WOLFE, et al.
         **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 5/14/2026
Time Commenced: 3:00 p.m.        Concluded: 3:05 p.m.
Deputy Clerk: LEH                Court Reporter: Jennifer Stake

APPEARANCES:

Plaintiff - Americans for Citizen Voting PAC : By Nathalie Burmeister

Defendants – All defendants: By Hannah S. Jurss

Interested Party - The Wisconsin State Legislature: By Kevin M. LeRoy


Nature of Conference: Telephonic Scheduling Conference

Notes: The plaintiff formally withdraws the motion for a preliminary injunction. The plaintiff advised the Court that the next signature-gathering period will begin on December of 2026, and reserves the right to move for a preliminary injunction if the case does not resolve by that time. The Court adopts the parties' proposed schedule.