# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**AMERICANS FOR CITIZEN**
**VOTING PAC,**
        **Plaintiff,**

      **v.**                         **Case No. 26-CV-0786**

**MEGAN WOLFE, et al.,**
        **Defendants.**

---

## ORDER FOLLOWING SCHEDULING CONFERENCE

On May 15, 2026, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. Plaintiff and defendants shall file response briefs to the Wisconsin Legislature's motion to intervene on or by **June 4, 2026**.

2. The Wisconsin Legislature shall file a reply brief on or by **June 11, 2026**.

3. The deadline for parties to answer or otherwise respond to the complaint, including by filing a motion to dismiss, will be **14 days** after the Court's order on the Legislature's motion to intervene.

4. If any motion to dismiss is filed, response brief(s) by plaintiff shall be filed within **21 days** of the filing of the motion. Reply brief(s) shall be filed within **7 days** of the filing of response briefs. If two motions to dismiss are filed, plaintiff may respond with a single consolidated response brief.

5. If the action survives beyond the motion to dismiss stage, the Court will order another scheduling conference to establish further deadlines.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

Attorneys are required to electronically file all proposed orders to the docket **in addition to** emailing them in an edit-friendly Word document to Judge Adelman's Proposed Order email: AdelmanPO@wied.uscourts.gov. The absence of an edit-friendly copy may result in processing delays and/or communication from the Court instructing parties to provide these documents before an order can be entered. This email box is for proposed orders only. Please do not send any *ex parte* communications to the court unless they relate to a proposed order or a pre-mediation statement.

SO ORDERED at Milwaukee, Wisconsin, this 15th day of May, 2026.

/s/Lynn Adelman
LYNN ADELMAN
District Judge

2