IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

Plaintiff,

v.

Case No. 26-CV-0786

MEAGAN WOLFE, et al.,

Defendants.

## DECLARATION OF CHARLOTTE GIBSON

I, Charlotte Gibson, declare pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct.

1.      I am an adult resident of the State of Wisconsin and am presently in Dane County.

2.      I am an assistant attorney general at the Wisconsin Department of Justice and an attorney in this matter for the defendants.

3.      Attached as Exhibit 1 is a true and correct copy of the Dane County Circuit Court's decision denying the Legislature's motion to intervene in *Disability Rights Wisconsin v. WEC*, No. 24CV1141 (Wis. Cir. Ct. Dane Cnty. Jan. 26, 2026).

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements in the declaration are true and correct and based upon my personal knowledge.

Executed June 3, 2026.

*s/Charlotte Gibson*
CHARLOTTE GIBSON

Case 2:26-cv-00786-LA    Filed 06/04/26    Page 2 of 2    Document 26