# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

  *Plaintiff,*

  v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L. THOMSEN, CARRIE RIEPL, DON M. MILLIS, ROBERT F. SPINDELL, JR., *and,* MARGE BOSTELMANN, *in their official capacities as Wisconsin Elections Commissioners,*

  *Defendants.*

Case No. 2:26-cv-786

## DECLARATION OF KEVIN M. LEROY

I, Kevin M. LeRoy, do hereby declare that the following statements made by me under oath are true and accurate to the best of my knowledge, information, and belief:

1. I am over the age of 18 and am otherwise competent to render this declaration.

2. I am an attorney with the firm Troutman Pepper Locke, LLP, which firm is counsel to the Wisconsin State Legislature ("Legislature") in this case.

3. Attached as **Exhibit A** is a true and correct copy of the Wisconsin Attorney General's Summons And Complaint in *Kaul v. Wisconsin State Legislature*, No.2021CV001314 (Cir. Ct. Dane Cnty. June 8, 2021).

4.  Attached as **Exhibit B** is a true and correct copy of the letter from the Attorney General in *Johnson v. Wisconsin Elections Commission*, No.2021AP1450-OA (Wis. Oct. 25, 2021).

5.  Attached as **Exhibit C** is a true and correct copy of the Response of Wisconsin Elections Commission and its Commissioners and Administrator to Petition For Leave To Commence An Original Action, *Clarke v. Wisconsin Elections Commission*, No.2023AP1399-OA (Wis. Aug. 22, 2023).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on June 11, 2026

*/s/Kevin M. LeRoy*
KEVIN M. LEROY
