# EXHIBIT B



**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

**Josh Kaul
Attorney General**

**17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us**

**Steven C. Kilpatrick
Assistant Attorney General
kilpatricksc@doj.state.wi.us
608/266-1792
FAX 608/294-2907**

October 25, 2021

**Via Email and Hand Delivery**

Ms. Sheila T. Reiff
Clerk of Supreme Court
110 East Main Street, Suite 215
Madison, WI 53701-1688

   Re: *Johnson v. Wisconsin Elections Commission*,
      Case No. 2021AP1450-OA

Dear Ms. Reiff:

  We write on behalf of Respondents, Wisconsin Elections Commission and all six commissioners in their official capacities (the "Commission"), to inform the Court that the Commission respectfully will not be filing a brief addressing the four questions posed by the Court in its order dated October 14, 2021.

  It is the Commission's position that these questions and answers are better left to the parties who will be litigating the contours of the maps. The Commission does not take a position on issues related to the drawing of the maps; it is simply focused on its ability to administer the fall election once the new maps are complete. To that end, as explained in previous submissions to the Court, the new maps must be in place by March 1, 2022. That deadline, as opposed to any particular redistricting plan, is the Commission's primary concern.

          Sincerely,

          Steven C. Kilpatrick
          Karla Z. Keckhaver
          Thomas C. Bellavia
          Assistant Attorneys General

Ms. Sheila T. Reiff
Clerk of Supreme Court
October 25, 2021
Page 2


SCK:srh


cc:     All parties and amici listed on the electronic docket.