# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

AMERICANS FOR CITIZEN VOTING PAC,

     *Plaintiff,*

    v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L. THOMSEN, CARRIE RIEPL, DON M. MILLIS, ROBERT F. SPINDELL, JR., *and* MARGE BOSTELMANN, *in their official capacities as Wisconsin Elections Commissioners,*

     *Defendants.*

Case No. 2:26-cv-786

---

## THE WISCONSIN STATE LEGISLATURE'S NOTICE OF APPEAL

---

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, notice is hereby given that Proposed-Intervenor-Defendant the Wisconsin State Legislature ("Legislature") appeals to the U.S. Court of Appeals for the Seventh Circuit from the District Court's Opinion and Order, entered July 14, 2026, denying the Legislature's Motion To Intervene as a defendant in this action. Dkt.29.

The Legislature has also simultaneously filed with this Notice Of Appeal the Docketing Statement required by Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

Dated: July 30, 2026.

Respectfully submitted,

/s/ *Misha Tseytlin*
MISHA TSEYTLIN
*Counsel of Record*
(State Bar No. 1102199)
KEVIN M. LEROY
(State Bar No. 1105053)
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 759-1938 (KL)
(312) 443-0336 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

*Counsel for the Wisconsin State Legislature*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2026, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 443-0336 (fax)
misha.tseytlin@troutman.com