# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

     *Plaintiff,*

    v.

MEAGAN WOLFE, ANN S. JACOBS, MARK L. THOMSEN, CARRIE RIEPL, DON M. MILLIS, ROBERT F. SPINDELL, JR., *and* MARGE BOSTELMANN, *in their official capacities as Wisconsin Elections Commissioners,*

     *Defendants.*

Case No. 2:26-cv-786

---

## THE WISCONSIN STATE LEGISLATURE'S DOCKETING STATEMENT

Proposed-Intervenor-Defendant and now Appellant the Wisconsin State Legislature ("Legislature"), by and through its undersigned counsel, hereby submits this Docketing Statement pursuant to Seventh Circuit Rule (3).

1. **Statement Concerning District Court Jurisdiction.** The District Court had jurisdiction over this action pursuant to 28 U.S.C. § 1331. On April 29, 2026, Plaintiff Americans For Citizen Voting PAC ("Plaintiff") filed a Complaint in Wisconsin Circuit Court seeking declaratory and injunctive relief and naming as defendants Meagan Wolfe, Ann S. Jacobs, Mark L. Thomsen, Carrie Riepl, Don M. Millis, Robert F. Spindell, Jr., and Marge Bostelmann, in their official capacities as the Administrator and Commissioners of the Wisconsin Elections Commission (collectively, "Defendants). *See* Dkt.1-1. The Complaint raises a single count alleging

that 2025 Wis. Act 126 (codified at Wis. Stat. §§ 8.10(3), 8.15(4)(a), 8.20(3), 8.40(2), and 9.10(2)(em)2.)—which requires the circulators of nomination papers and recall petitions in Wisconsin to be "qualified electors" of the State—violates the First Amendment to the United States Constitution, as applied to Wisconsin through the Fourteenth Amendment to the United States Constitution. *See id.* On May 4, 2026, Defendants removed this action to the District Court pursuant to 28 U.S.C. § 1441(a) and § 1446. *See* Dkt.1. Removal was proper and the District Court had jurisdiction over this action because Plaintiff's federal constitutional claim arises under federal law. *See* 28 U.S.C. § 1331. On May 13, 2026, the Legislature moved to intervene in this case as a matter of right and permissively. Dkt.19. The District Court denied that Motion To Intervene on July 14, 2026, as explained more fully below. Dkt.29.

2. **Statement Concerning Appellate Jurisdiction.** The United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291, because this is an appeal from a final decision of the District Court. On July 14, 2026, the District Court issued an Opinion and Order denying the Legislature's Motion To Intervene as a defendant in this matter. Dkt.29. "It is well established" in the Seventh Circuit that "an order denying intervention is a final, appealable decision under 28 U.S.C. § 1291" as to the party seeking intervention because "'from the perspective of a disappointed prospective intervenor, the denial of a motion to intervene is the end of the case.'" *Driftless Area Land Conservancy v. Huebsch*, 969 F.3d 742, 745 (7th Cir. 2020) (citing *CE Design, Ltd. v. Cy's Crab House N., Inc.*, 731 F.3d 725, 730 (7th Cir. 2013)); *see United States v. UCB, Inc.*, 970 F.3d

835, 842 (7th Cir. 2020). While such an order "is not conventionally final" because it "does not . . . wind up the suit in the district court," it is still "final as to [the proposed intervenor], which having been denied the status of a party will never be able to appeal again in this proceeding unless the order denying intervention is now reversed." *Williams v. Katz*, 23 F.3d 190, 191–92 (7th Cir. 1994). And this conclusion remains the same regardless of whether the disappointed prospective intervenor moved to intervene "as of right or by permission." *Shea v. Angulo*, 19 F.3d 343, 344–45 (7th Cir. 1994). Further, the Legislature timely filed its Notice Of Appeal from the District Court's Opinion and Order—within 30 days of the District Court's July 14, 2026, Opinion and Order being entered. *See* Fed. R. App. P. 4(a)(1)(A). This is not a direct appeal from the decision of a magistrate judge. And no party has filed a Federal Rule of Civil Procedure 59(e) motion to alter or amend judgment or any other motion tolling the time for filing a Notice Of Appeal.

3. **Statement Regarding Any Ongoing Proceedings In The District Court.** There are ongoing proceedings in the District Court. On July 28, 2026, Defendants filed an Answer to Plaintiff's Complaint, Dkt.30, and the following day the District Court issued a Notice Of Hearing scheduling a Federal Rule of Civil Procedure 16(b) scheduling conference for August 19, 2026, Dkt.31.

4. **Official Capacity Designations.** Plaintiff has no official government capacity and has not sued in any such capacity. *See* Dkt.1-1 at 12; Cir. R. 3(c)(1). Defendant Meagan Wolfe is the Administrator of the Wisconsin Elections Commission and is sued in her official capacity. Defendants Ann S. Jacobs, Mark L.

- 3 -

Thomsen, Carrie Riepl, Don M. Millis, Robert F. Spindell, Jr., and Marge Bostelmann are the Commissioners of the Wisconsin Elections Commission and are each sued in their official capacities.  *See* Dkt.1-1 at 13; Cir. R. 3(c)(1).  The Legislature is the branch of the Wisconsin State Government "vested" with the "legislative power" of the State, Wis. Const. art. IV, § 1, and is authorized by Wisconsin state law to appear in federal court on behalf of the State to defend the validity of the State's laws, *see* Wis. Stat. § 803.09(2m).  The Legislature seeks to intervene in this case in those official capacities.  *See* Dkts.19–20, 27; Cir. R. 3(c)(1).

5.      **Prior Or Related Appellate Proceedings.**  There have been no prior or related appellate proceedings in this case.

Dated: July 30, 2026

Respectfully submitted,

/s/ *Misha Tseytlin*
MISHA TSEYTLIN
*Counsel of Record*
(State Bar No. 1102199)
KEVIN M. LEROY
(State Bar No. 1105053)
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 759-1938 (KL)
(312) 443-0336 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

*Counsel for the Wisconsin State Legislature*

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2026, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/ Misha Tseytlin*
MISHA TSEYTLIN
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 443-0336 (fax)
misha.tseytlin@troutman.com