**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**AMERICANS FOR CITZEN**
**VOTING PAC,**
        **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　　　**Case No. 26-CV-786**

**MEAGAN WOLFE, et al.,**
        **Defendants.**

---

**<u>NOTICE OF HEARING</u>**

**IT IS ORDERED** that a telephonic status conference is scheduled for **<u>August 11, 2026 at 2:30 p.m. Central Time.</u>** The parties, including the proposed-intervenor-defendant, should be prepared to discuss whether and to what extent the Court maintains jurisdiction over the present action in light of ECF No. 32, proposed-intervenor-defendant's notice of appeal to the Seventh Circuit, and whether a stay is warranted.

The parties shall call the Court's conference line at 669-254-5252 and use Meeting ID 161 8470 1401 and Passcode 187773 to join the call and may be placed on hold until the Court accesses the call.  Parties should call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. *Counsel is required to email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide the names and contact numbers of attorneys appearing in the event that the Court would need to contact them.*

Dated at Milwaukee, Wisconsin, this 30th day of July, 2026.

                                /s/ Lynn Adelman
                                LYNN ADELMAN
                                District Judge