# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:26–cv–00786–LA

Americans for Citizen Voting PAC v. Wolfe et al
Assigned to: Judge Lynn Adelman
Case in other court:  Waukesha County Circuit Court,
                      26–CV–0781
Cause: 42:1983 Civil Rights Act

Date Filed: 05/04/2026
Jury Demand: None
Nature of Suit: 950 Constitutional – State
Statute
Jurisdiction: Federal Question

**Plaintiff**

**Americans for Citizen Voting PAC**          represented by **Daniel P Lennington**
Wisconsin Institute for Law & Liberty
1241 N Franklin Pl
53202
Milwaukee, WI 53202
608–572–5358
Email: dan@will–law.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucas Vebber**
Wisconsin Institute for Law & Liberty
1241 N Franklin Pl
Milwaukee, WI 53202
414–727–9455
Email: lucas@will–law.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathalie E Burmeister**
Wisconsin Institute for Law & Liberty Inc
330 E Kilbourn Ave – Ste 725
Milwaukee, WI 53202
414–727–9455
Email: nathalie@will–law.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Meagan Wolfe**          represented by **Charlotte Gibson**
Wisconsin Department of Justice
17 W Main St
PO Box 7857
Madison, WI 53707
608–957–5218
Email: gibsoncj@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Hannah S Jurss**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–266–8101
Email: jursshs@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ann S Jacobs**                                    represented by **Charlotte Gibson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Hannah S Jurss**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark L Thomsen**                                 represented by **Charlotte Gibson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Hannah S Jurss**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Carrie Riepl**                                   represented by **Charlotte Gibson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Hannah S Jurss**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Don M Millis**                                   represented by **Charlotte Gibson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Hannah S Jurss**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert F Spindell, Jr**                          represented by **Charlotte Gibson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Hannah S Jurss**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Marge Bostelmann**                               represented by **Charlotte Gibson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Hannah S Jurss**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Movant**

**The Wisconsin State Legislature**                represented by **Kevin M LeRoy**
*TERMINATED: 07/14/2026*                                          Troutman Pepper Locke LLP
                                                                  111 S Wacker Dr – Ste 4100
                                                                  Chicago, IL 60606
                                                                  312–759–1938

Fax: 312–759–1939
Email: Kevin.LeRoy@troutman.com
*ATTORNEY TO BE NOTICED*

**Misha Tseytlin**
Troutman Pepper Locke LLP
111 South Wacker Dr – Ste 4100
Chicago, IL 60606
312–759–5947
Fax: 312–759–1939
Email: Misha.tseytlin@troutman.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2026 | 1 (63 pages; 3 docs) | NOTICE OF REMOVAL by Don M. Millis, Ann S. Jacobs, Robert F. Spindell, Jr, Meagan Wolfe, Marge Bostelmann, Mark L. Thomsen, Carrie Riepl from Waukesha County Circuit Court, Case Number: 26–CV–0781 with attached state court documents. (Filing Fee PAID $405 receipt number AWIEDC–5236731) (Attachments: # 1 Exhibit A – Summons and Complaint, # 2 Civil Cover Sheet)(Jurss, Hannah) |
| 05/04/2026 | | NOTICE Regarding assignment of this matter to Magistrate Judge Stephen C Dries; Consent/refusal forms for Magistrate Judge Dries to be filed within 21 days; the consent/refusal form is available here. Pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (lmu) |
| 05/04/2026 | 2 (1 page; 1 doc) | NOTICE of Appearance by Nathalie E Burmeister on behalf of Americans for Citizen Voting PAC. Attorney(s) appearing: Nathalie E. Burmeister (Burmeister, Nathalie) |
| 05/04/2026 | 3 (2 pages; 1 doc) | FILED IN ERROR; SEE DOC 4 ~~Magistrate Judge Jurisdiction Form filed by Americans for Citizen Voting PAC. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Burmeister, Nathalie)~~ Modified on 5/5/2026 (kah). |
| 05/04/2026 | 4 (1 page; 1 doc) | Magistrate Judge Jurisdiction Form filed by Americans for Citizen Voting PAC. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Burmeister, Nathalie) |
| 05/04/2026 | 5 (2 pages; 1 doc) | DISCLOSURE Statement by Americans for Citizen Voting PAC. (Burmeister, Nathalie) |
| 05/04/2026 | 6 (33 pages; 6 docs) | Emergency MOTION for Temporary Restraining Order *AND,* ~~MOTION for Preliminary Injunction~~ (Motion Withdrawn pursuant to ECF 22 ) by Americans for Citizen Voting PAC. (Attachments: # 1 Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, # 2 Proposed Order Granting Temporary Restraining Order, # 3 Motion for Preliminary Injunction, # 4 Proposed Order Granting Preliminary Injunction, # 5 Declaration of Paul Jacob)(Burmeister, Nathalie) Modified on 5/15/2026 (nf). |
| 05/05/2026 | | Case Opening Modification(s); The following modification(s) have been made to your case entry: The county code has been modified – please remember to choose the county for the first named plaintiff. One or more party names have been modified to remove punctuation – please remember to follow the Party Name Guidelines found on our website. Also, all of the documents that were attached to 6 Emergency MOTION for Temporary Restraining Order *AND* MOTION for Preliminary Injunction should have been filed as separate entries. These documents do NOT need to be re–filed; Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov and the attorney case opening instructions, the  summons instructions and the  party name |

| | | |
|---|---|---|
| | | guidelines found in the user manual for further guidance. (kah) |
| 05/05/2026 | | Due to 6 Emergency Motion for TRO and Preliminary Injunction, case reassigned to Chief Judge Pamela Pepper. Magistrate Judge Stephen C Dries no longer assigned to the case. (kah) |
| 05/06/2026 | 7 (1 page; 1 doc) | ORDER OF RECUSAL signed by Chief Judge Pamela Pepper on 5/6/2026. Chief Judge Pamela Pepper recused. Case reassigned to Judge Lynn Adelman for all further proceedings. (cc: all counsel)(cb) |
| 05/06/2026 | 8 | TEXT ONLY ORDER signed by Judge Lynn Adelman on 5/6/2026. The Court ORDERS that Defendants respond to Plaintiff's emergency motion for a temporary restraining order, ECF No. 6 , on or by the end of the day, May 8, 2026. (cc: all counsel) (leh) |
| 05/06/2026 | 9 (1 page; 1 doc) | NOTICE of Appearance by Daniel P Lennington on behalf of Americans for Citizen Voting PAC. Attorney(s) appearing: Daniel P. Lennington (Lennington, Daniel) |
| 05/06/2026 | 10 (1 page; 1 doc) | NOTICE of Appearance by Lucas Vebber on behalf of Americans for Citizen Voting PAC. Attorney(s) appearing: Lucas T. Vebber (Vebber, Lucas) |
| 05/07/2026 | 11 (1 page; 1 doc) | NOTICE of Appearance by Charlotte Gibson on behalf of All Defendants. Attorney(s) appearing: Charlotte Gibson (Gibson, Charlotte) |
| 05/08/2026 | | NOTICE to Charlotte Gibson: The contact information on your most recent filing does not match your Central Sign–On account. Please refer to Maintain Your CSO Account for instructions on how to update your account. (nf) |
| 05/08/2026 | 12 (1 page; 1 doc) | NOTICE of Appearance by Misha Tseytlin on behalf of The Wisconsin State Legislature. Attorney(s) appearing: Misha Tseytlin (Tseytlin, Misha) |
| 05/08/2026 | 13 (4 pages; 1 doc) | LETTER from Misha Tseytlin re intention of intervening and – *Opposition to Plaintiff's TRO Motion*. (Tseytlin, Misha) Modified on 5/11/2026 (nf). |
| 05/08/2026 | 14 (33 pages; 1 doc) | BRIEF in Opposition filed by All Defendants re 6 Emergency MOTION for Temporary Restraining Order *AND* MOTION for Preliminary Injunction . (Gibson, Charlotte) |
| 05/08/2026 | 15 (54 pages; 4 docs) | DECLARATION of Robert Kehoe (Attachments: # 1 Exhibit A – Vos Verified Challenge Dated 3.21.24, # 2 Exhibit B – Vos Verified Challenge Dated 6.7.24, # 3 Exhibit C – Commission Referral Letter Dated 2.27.26)(Gibson, Charlotte) |
| 05/11/2026 | 16 (2 pages; 1 doc) | LETTER from Americans for Citizen Voting PAC *in Response to Letter from Wisconsin State Legislature (Dkt. 13)*. (Lennington, Daniel) |
| 05/12/2026 | 17 (7 pages; 1 doc) | ORDER signed by Judge Lynn Adelman on 5/12/2026. IT IS ORDERED that plaintiff's motion for a temporary restraining order (ECF No. 6 ) is DENIED. IT IS FURTHER ORDERED that a telephonic scheduling conference is scheduled for May 14, 2026, at 3:00 p.m. before Judge Lynn Adelman. The parties shall call the Court's Zoom conference line at 669–254–5252 and use Meeting ID 161 8470 1401 and Passcode 187773 to join the call. (cc: all counsel)(edr) (Main Document 17 replaced on 5/13/2026) (bx). |

| | | |
|---|---|---|
| 05/13/2026 | 18 (3 pages; 1 doc) | NOTICE of Appearance by Kevin M LeRoy on behalf of The Wisconsin State Legislature. Attorney(s) appearing: Kevin M. LeRoy (LeRoy, Kevin) |
| 05/13/2026 | 19 (14 pages; 2 docs) | MOTION to Intervene by The Wisconsin State Legislature. (Attachments: # 1 Exhibit – Proposed Answer)(Tseytlin, Misha) |
| 05/13/2026 | 20 (26 pages; 1 doc) | BRIEF in Support filed by The Wisconsin State Legislature re 19 MOTION to Intervene . (Tseytlin, Misha) |
| 05/14/2026 | 21 (3 pages; 1 doc) | LETTER from All Parties *Filed Jointly* re scheduling dates to discuss at 17 telephonic scheduling conference. (Burmeister, Nathalie) Modified on 5/15/2026 (nf). |
| 05/15/2026 | 22 (1 page; 1 doc) | Minute Entry for proceedings held before Judge Lynn Adelman: Telephonic Scheduling Conference held on 5/15/2026; The plaintiff formally withdraws the motion for a preliminary injunction. The plaintiff advised the Court that the next signature–gathering period will begin on December of 2026, and reserves the right to move for a preliminary injunction if the case does not resolve by that time. The Court adopts the parties' proposed schedule. (Court Reporter Jennifer Stake) (bx) |
| 05/15/2026 | 23 (2 pages; 1 doc) | SCHEDULING ORDER signed by Judge Lynn Adelman on 05/15/2026. IT IS ORDERED that Plaintiff and defendants shall file response briefs to the Wisconsin Legislature's motion to intervene by June 4, 2026. The Wisconsin Legislature shall file a reply brief by June 11, 2026. See Order for further details. (cc: all counsel)(bx) |
| 06/04/2026 | 24 (4 pages; 1 doc) | RESPONSE to Motion filed by Americans for Citizen Voting PAC re 19 MOTION to Intervene *by Wisconsin State Legislature*. (Burmeister, Nathalie) |
| 06/04/2026 | 25 (25 pages; 1 doc) | BRIEF in Opposition filed by All Defendants re 19 MOTION to Intervene . (Gibson, Charlotte) |
| 06/04/2026 | 26 (17 pages; 2 docs) | DECLARATION of Charlotte Gibson (Attachments: # 1 Exhibit 1 – DRW Decision)(Gibson, Charlotte) |
| 06/11/2026 | 27 (18 pages; 1 doc) | REPLY BRIEF in Support filed by The Wisconsin State Legislature re 19 MOTION to Intervene . (Tseytlin, Misha) |
| 06/11/2026 | 28 (46 pages; 4 docs) | DECLARATION of Kevin M. LeRoy (Attachments: # 1 Exhibit A –Summons And Complaint in Kaul v. Wisconsin State Legislature,, # 2 Exhibit B–Letter From The Attorney General In Johnson V. Wisconsin Elections Commission, # 3 Exhibit C–Response of Wisconsin Elections Commission)(Tseytlin, Misha) |
| 07/14/2026 | 29 (17 pages; 1 doc) | OPINION signed by Judge Lynn Adelman on 7/14/2026. IT IS ORDERED that the proposed intervenor's motion to intervene (ECF No. 19 ) is DENIED. Details in order. (cc: all counsel)(amh) |
| 07/14/2026 | | Party The Wisconsin State Legislature terminated pursuant to ECF 29 . (nf) (Entered: 07/27/2026) |
| 07/28/2026 | 30 (13 | ANSWER to Complaint (Notice of Removal) filed by All Defendants. (Gibson, Charlotte) |

| | | |
|---|---|---|
| | *pages; 1 doc)* | |
| 07/29/2026 | 31 *(1 page; 1 doc)* | NOTICE of Hearing: NOTICE of Hearing: IT IS ORDERED that a telephonic Fed. R. Civ. P. 16(b) scheduling conference is scheduled for August 19, 2026 at 10:00 a.m. Central Time. The parties shall call the Court's Zoom conference line at 669–254–5252 and use Meeting ID 161 8470 1401 and Passcode 187773 to join the call and may be placed on hold until the Court accesses the call. Parties should call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. The participation of the attorney who will be handling the case is required and their telephone number should be provided in the Rule 26(f) report. Additional details in notice. (cc: all counsel)(amh) |
| 07/30/2026 | 32 *(3 pages; 1 doc)* | NOTICE OF APPEAL as to 29 Order on Motion to Intervene by The Wisconsin State Legislature. Filing Fee PAID $605, receipt number AWIEDC–5315131 (cc: all counsel) (Tseytlin, Misha) |
| 07/30/2026 | 33 *(5 pages; 1 doc)* | Docketing Statement by The Wisconsin State Legislature re 32 Notice of Appeal (cc: all counsel) (Tseytlin, Misha) |
| 07/30/2026 | 34 *(1 page; 1 doc)* | NOTICE of Hearing: IT IS ORDERED that a telephonic status conference is scheduled for August 11, 2026 at 2:30 p.m. Central Time. The parties, including the proposed–intervenor–defendant, should be prepared to discuss whether and to what extent the Court maintains jurisdiction over the present action in light of ECF No. 32, proposed–intervenor–defendants notice of appeal to the Seventh Circuit, and whether a stay is warranted. The parties shall call the Court's conference line at 669–254–5252 and use Meeting ID 161 8470 1401 and Passcode 187773 to join the call and may be placed on hold until the Court accesses the call. Parties should call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. **Counsel is required to email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide the names and contact numbers of attorneys appearing in the event that the Court would need to contact them.** (cc: all counsel)(amh) |
| 07/31/2026 | 35 *(31 pages; 1 doc)* | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 32 Notice of Appeal. (ams) |