# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 31, 2026

**To:** Linda M. Klemm
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 26-2581 <br><br> Caption: <br> AMERICANS FOR CITIZEN VOTING PAC, <br>      Plaintiff - Appellee <br><br> v. <br><br> MEAGAN WOLFE, et al., <br>      Defendants - Appellees <br><br> APPEAL OF: WISCONSIN STATE LEGISLATURE, <br>      Proposed Intervenor |
| District Court No: 2:26-cv-00786-LA <br> District Judge Lynn Adelman <br> Clerk/Agency Rep Linda M. Klemm <br><br> Date NOA filed in District Court: 07/30/2026 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)