# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**AMERICANS FOR CITIZEN VOTING PAC,**
        **Plaintiff,**

    **v.**                                      **Case No. 26-CV-786**

**MEAGAN WOLFE, et al.**
        **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding          Date:  8/11/2026
Time Commenced:  2:31 p.m.          Concluded:  2:43 p.m.
Deputy Clerk: LEH          Court Reporter:  N/A

APPEARANCES:

Plaintiff: By Attorney Nathalie Burnmeister

Defendants: By Charlotte Gibson

Proposed-Intervenor-Defendant: By Attorney Kevin LeRoy

Nature of Conference: Telephonic Status Conference

Notes: The parties discussed whether the Court retains jurisdiction over the case pending the proposed-intervenor-defendant's appeal to the Seventh Circuit. All parties agree that the Court is not divested of jurisdiction. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56 (1982). The proposed-intervenor-defendant noted that if this Court is reversed, the proposed-intervenor-defendant could move to reconsider certain dispositive issues. It also proposed a discretionary stay. The plaintiff argued that the public interest favors prompt resolution of the matter because the next circulation period begins on December 1, 2026. The Court agrees and declines to impose a discretionary stay. The parties discussed a proposed briefing schedule. The Court adopts the proposed schedule. The scheduling conference set for August 19, 2026 is hereby **VACATED**.