# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**AMERICANS FOR CITIZEN VOTING PAC,**
      **Plaintiff,**

    **v.**                                  **Case No. 26-CV-786**

**MEAGAN WOLFE, et al.,**
      **Defendants.**

---

## ORDER FOLLOWING SCHEDULING CONFERENCE

On August 11, 2026, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.). The parties agree that the issues may be resolved on cross-motions for summary judgment.

Therefore, **IT IS ORDERED** that:

1. All non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

2. Plaintiff shall file a motion for summary judgment and supporting documents on or by **September 1, 2026**. Defendants will file a cross-motion for summary judgment combined with a response to plaintiff's motion and supporting documents on or by **October 1, 2026**. Plaintiff will file a combined reply/response brief on or by **October**

**15, 2026**. Defendants will file a reply in support of their cross-motion or or by **November 2, 2026**.

3. The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

Attorneys are required to electronically file all proposed orders to the docket **in addition to** emailing them in an edit-friendly Word document to Judge Adelman's Proposed Order email: AdelmanPO@wied.uscourts.gov. The absence of an edit-friendly copy may result in processing delays and/or communication from the Court instructing parties to provide these documents before an order can be entered. This email box is for proposed orders only. Please do not send any *ex parte* communications to the court unless they relate to a proposed order or a pre-mediation statement.

      **SO ORDERED** at Milwaukee, Wisconsin, this 11th day of August, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge

2