UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMERICANS FOR CITIZEN VOTING PAC,

Plaintiff,

Case No. 2:26-cv-786

v.

MEAGAN WOLFE, et al.,

Defendants.

---

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

Plaintiff Americans for Citizen Voting PAC ("ACV PAC"), by its undersigned attorneys at the Wisconsin Institute for Law & Liberty, hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56 and Civil L. R. 56, and requests that this Court grant its motion and enter an order:

1. Declaring that the residency requirements imposed by 2025 Wisconsin Act 126 and contained in Wis. Stat. §§ 8.10(3), 8.15(4)(a), 8.20(3), 8.40(2), and 9.10(2)(em)2. are unconstitutional under the First Amendment to the United States Constitution which applies to the State of Wisconsin through the Fourteenth Amendment to the United States Constitution.
2. Permanently enjoining Defendants, their agents, employees, and successors from enforcing the residency requirements imposed by 2025 Wisconsin Act 126 and contained in Wis. Stat. §§ 8.10(3), 8.15(4)(a), 8.20(3), 8.40(2), and 9.10(2)(em)2.

The grounds for this motion, which are fully set forth in the accompanying memorandum, declaration, and statement of proposed material facts, all of which are incorporated herein, are that there is no genuine issue of material fact and that Plaintiff is entitled to judgment as a matter of law.

Dated: September 1, 2026.

Respectfully Submitted,

WISCONSIN INSTITUTE
FOR LAW & LIBERTY

*Electronically signed by Nathalie E. Burmeister*
Lucas T. Vebber (#1067543)
Daniel P. Lennington (#1088694)
Nathalie E. Burmeister (#1126820)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-7361

lucas @will-law.org
dan@will-law.org
nathalie@will-law.org

*Attorneys for Plaintiff*