UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMERICANS FOR CITIZEN VOTING PAC,

Plaintiff, Case No. 2:26-cv-786

v.

MEAGAN WOLFE, et al.,

Defendants.

**SECOND DECLARATION OF PAUL JACOB**

Pursuant to 28 U.S.C. § 1746, I, Paul Jacob, Chairman of Americans for Citizen Voting PAC, the Plaintiff in this action, declare that, if called upon, I could and would competently testify to the following:

1. I am the Chairman of Plaintiff Americans for Citizen Voting PAC ("ACV PAC"), and I make these declarations based upon my personal knowledge.

2. In my role I oversee all aspects of ACV PAC.

3. ACV PAC is a federal political action committee registered with the Federal Elections Commission as a Hybrid PAC since December 27, 2023.

4. ACV PAC maintains its principal place of business in Fairfax, Virginia.

5. ACV PAC does not accept corporate contributions into its contribution account and is eligible to support candidates for state and federal office in the State of Wisconsin.

6. ACV PAC's core mission is to promote election integrity by advocating for policies that ensure only United States citizens can vote in American elections, and this

mission includes supporting candidates throughout the country who advance these goals.

7. One way ACV PAC advances its mission is by engaging in independent expenditures to support candidates who are aligned with ACV PAC's goals. This activity is advanced through its non-contribution account.

8. Gathering nomination signatures for candidates for public office is another way in which ACV PAC advances its mission and supports those candidates.

9. In the State of Wisconsin, ACV PAC seeks to make expenditures to hire out-of-state residents to help collect nomination signatures on behalf of candidates for public office that it supports.

10. During the Spring of 2026, ACV PAC wanted to work with out-of-state residents to collect nomination signatures on behalf of Wisconsin candidates during the signature-gathering period for the 2026 Partisan Primary, but the residency requirements imposed by Act 126 prohibited ACV PAC from doing so.

11. ACV PAC now seeks to advance its mission by helping candidates for public office that it supports in the State of Wisconsin gather nomination signatures, including during the next signature gathering period (for the Spring 2027 Election) which opens on December 1, 2026, and ends on January 5, 2027.

12. Because of the changes to Wisconsin law implemented by 2025 Wisconsin Act 126 ("Act 126"), ACV PAC is required to engage with only Wisconsin electors in collecting nomination signatures and is prohibited from working with out-of-state residents to gather nomination signatures for candidates, including for the upcoming Spring 2027 Election.

13. As a result, Act 126 significantly limits the pool of individuals and firms ACV PAC is permitted to work with to advance its mission.

14. The residency and registration requirements imposed by Act 126 impede ACV's ability to communicate its political messages by limiting its ability to support candidates of its choosing, including by limiting who ACV PAC may associate with to advance its goals.

15. As a result, Act 126 directly harms ACV PAC's ability to advance its political beliefs, and to associate with candidates and supporters of its choosing.

16. In furtherance of its mission and in anticipation of the possibility of a favorable decision in this case, ACV PAC has entered into a Petition Agreement with DRW Campaigns, Inc., to engage in signature gathering on nomination papers in support of Wisconsin state candidates for the Spring 2027 Election. DRW Campaigns, Inc. is based in Michigan and regularly hires petition circulators from around the country who are not qualified electors in Wisconsin.

17. The signature-gathering services to be provided under ACV PAC's Petition Agreement with DRW Campaigns, Inc., for the gathering period commencing December 1, 2026, are contingent upon the issuance of an order enjoining Act 126.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 1, 2026.

Paul Jacob