# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Americans for Citizen Voting PAC<br>*Plaintiff*<br>v.<br>Meagan Wolfe, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:26-cv-786 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Proposed Amici - Pete Karas, Green Party candidate for Secretary of State, and the Wisconsin Green Party .

Date: 09/21/2026

s/ Skylar R. Croy
*Attorney's signature*

Skylar R. Croy, WI # 1117831
*Printed name and bar number*

HURLEY BURISH, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703
*Address*

scroy@hurleyburish.com
*E-mail address*

(608) 257-0945
*Telephone number*

(608) 257-5764
*FAX number*