UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMERICANS FOR CITIZEN VOTING PAC,

*Plaintiff*,

*v.* Case No. 2:26-cv-786

MEAGAN WOLFE, et al.,

*Defendants*.

---

**DISCLOSURE STATEMENT OF PETE KARAS,
GREEN PARTY CANDIDATE FOR WISCONSIN SECRETARY OF STATE,
AND THE WISCONSIN GREEN PARTY**

---

Skylar R. Croy
*Wisconsin Bar No.* 1117831
HURLEY BURISH, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703
scroy@hurleyburish.com
(608) 257-0945

*Counsel for Pete Karas & the
Wisconsin Green Party*

The undersigned, counsel of record for Pete Karas, Green Party candidate for Wisconsin Secretary of State, and the Wisconsin Green Party, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

**Pete Karas** is a natural person.

**The Wisconsin Green Party** is a nonstock corporation organized under Wisconsin law. Accordingly, the Wisconsin Green Party has no parent corporation, and no publicly held corporation owns any stock in it.

**Attorney Skylar Croy of Hurley Burish, S.C.**, represents both proposed amici. He is the only attorney who will enter an appearance on their behalf.

Date: September 21, 2026.

s/ Skylar R. Croy
Skylar R. Croy
*Wisconsin Bar No.* 1117831
HURLEY BURISH, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703
scroy@hurleyburish.com
(608) 257-0945