UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMERICANS FOR CITIZEN VOTING PAC,

*Plaintiff,*

*v.* Case No. 2:26-cv-786

MEAGAN WOLFE, et al.,

*Defendants.*

---

**UNSWORN DECLARATION OF PETE KARAS,**
**GREEN PARTY CANDIDATE FOR WISCONSIN SECRETARY OF STATE,**
**IN SUPPORT OF**
**THE MOTION FOR LEAVE TO FILE AN AMICI CURIAE BRIEF**

---

Skylar R. Croy
*Wisconsin Bar No.* 1117831
HURLEY BURISH, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703
scroy@hurleyburish.com
(608) 257-0945

*Counsel for Pete Karas & the Wisconsin Green Party*

Under 28 U.S.C. § 1746, Pete Karas declares as follows:

1. I make this unsworn declaration based on my personal knowledge.

2. I am the Green Party candidate for Wisconsin Secretary of State. I have been a prominent member of the party for years.

3. My platform (among other things) opposes two-party rule.

4. I am also a small-business owner and former member of the Racine City Council.

5. In part because the Green Party has limited resources, I planned to use nonresidents to circulate my nomination papers.

6. In particular, early in the signature-gathering process, I planned to partner with the Independence Party (based in Illinois) to gather signatures for both my campaign and its campaign for governor and lieutenant governor.

7. Our plan was to go to Beloit's farmers' market and collect signatures.

8. If people were from Wisconsin, we would circulate my nomination papers.

9. If they were from Illinois, we would circulate Independence Party nomination papers.

10. Act 126 prevented this plan from happening.

11. And because Act 126 was passed right before the nomination period, it was very disruptive. Still, my campaign was able to gather nearly 3,000 signatures.

12. Even though my campaign didn't rely on any out-of-state circulators, my nomination papers were still challenged before WEC.

13. A man tied to the Democratic Party tried to invalidate thousands of signatures that my campaign had collected, claiming that they *may* have been collected by out-of-state circulators.

14. Although I was able to defeat the challenge, it cost my campaign $13,000 in legal fees.

15. For a small campaign like mine, that cost was difficult to absorb.

16. I am concerned that Act 126 can be weaponized against minor parties and grassroots causes.

17. For example, there is a long history of efforts to disenfranchise Green Party voters by restricting ballot access.

18. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of September, 2026, in Muskego, Wisconsin.

Respectfully submitted,

PETE KARAS, GREEN PARTY CANDIDATE FOR WISCONSIN SECRETARY OF STATE,

Pete Karas