IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

AMERICANS FOR CITIZEN VOTING PAC,

Plaintiff,

v. Case No. 26-CV-0786

MEAGAN WOLFE, et al.,

Defendants.

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Defendants Meagan Wolfe, in her official capacity as Administrator of the Wisconsin Elections Commission, and Ann S. Jacobs, Mark L. Thomsen, Carrie Riepl, Don M. Millis, Marge Bostelmann, and Robert F. Spindell, Jr., in their official capacities as Commissioners of the Wisconsin Elections Commission, by and through their attorneys, pursuant to Fed. R. Civ. P. 56 and Civ. L.R. 56, hereby move for an order for summary judgment dismissing Plaintiff's claims.

The grounds for this motion, which are fully set forth in the accompanying brief, declaration, and statement of proposed material facts, all of which are incorporated herein, are that there is no genuine issue of material fact and that Defendants are entitled to judgment as a matter of law.

Dated this 1st day of October 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Charlotte Gibson
CHARLOTTE GIBSON
Assistant Attorney General
State Bar #1038845

HANNAH S. JURSS
Assistant Attorney General
State Bar #1081221

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218 (CG)
(608) 266-8101 (HSJ)
(608) 294-2907 (Fax)
Charlie.Gibson@wisdoj.gov
Hannah.Jurss@wisdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2026, I electronically filed the foregoing Defendants' Motion for Summary Judgment with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 1st day of October 2026.

Electronically signed by:

s/ Charlotte Gibson
CHARLOTTE GIBSON
Assistant Attorney General