STATE OF WISCONSIN ELECTIONS COMMISSION

GREGORY WALZ-CHOJNACKI
Challenger,
V.

PETE KARAS
Respondent.

## VERIFIED CHALLENGE TO NOMINATION PAPERS

I, Gregory Walz-Chojnacki, being duly sworn, state as follows:

1. I am an adult resident and qualified elector of Wisconsin and make this challenge upon personal knowledge.

2. This challenge is to the nomination papers of Pete Karas, candidate for Secretary of State under the Wisconsin Green Party.

3. All pages submitted by this candidate are invalid because the certification of the circulator is deficient.

An example, page 3 of the original submission, is attached as Exhibit A, with the deficiency underlined.

This candidate's nomination papers use the circulator language, "I further certify I am either a qualified elector of Wisconsin, or a US citizen, age 18 or older who, if I were a resident of this state, would not be disqualified from voting under Wis. Stat. § 6.03." Pursuant to 2025 Wis. Act 126, nonresidents of Wisconsin no longer meet the qualifications to circulate nomination papers for offices other than president and vice president. The Form EL-168 was revised in April, 2026, to reflect the new language and require the circulator to certify that he or she is a qualified elector of Wisconsin.

On April 8, 2026, the Commission provided guidance document to candidates and committees, with the subject line, "2025 Act 126-Qualifications of Nomination Paper and Petition Circulators." This document was also made available to the public on the Commission website.[1] This communication stressed the importance of following the new law and using the new template. The

[1] https://elections.wi.gov/sites/default/files/documents/Act%20126-%20Candidate%20Communication-%20Final_1.pdf


Case 2:26-cv-00786-LA Filed 10/01/26 Page 1 of 11 Document 52-4
Exhibit D

guidance document (p. 4) stressed that candidates could face challenges to their papers if they used the old template.

Accordingly, I ask that the Commission review this challenge and strike all signatures.

4. In addition, the following pages, as numbered, are invalid because the header information, particularly name and address fields, is illegible: 1, 2, 4, 5, 6, 8, 19, 23, 37, 59, 93, 99, 105, 141, 168, 169, 178, 198, 200, 219. Note that WEC staff appears to have already stricken the signatures on page 169.

An example, page 1 of the original submission, is attached as Exhibit B, with the areas of deficiency circled. The descriptions in the fields are illegible, and in some cases the text in the fields are illegible as well.

This is the information that each signatory would have seen and relied upon in determining whether to sign the paper in support of placing the Respondent's name on the ballot, and by which the signatories can confirm the identity, residence for voting purposes, mailing address if applicable, office for which the candidate is running, and the date of the election. The information in the challenged pages is not readable by the average person, rendering the information unavailable to the signers of these pages.

Accordingly, the signatures on these pages should be stricken.

5. In addition, the following pages, as numbered, are invalid because the certification of circulator is illegible: 1, 2, 4, 5, 8, 11, 20, 23, 25, 39, 41, 44, 45, 57, 61, 65, 72, 81, 85, 89, 92, 92, 95, 99, 100, 105, 111, 115, 131, 136, 137, 161, 168, 169, 198, 199, 214, 218. Note that WEC staff appears to have already stricken the signatures on page 169.

An example, page 219 of the original submission, is attached as Exhibit C, with the areas of deficiency circled. The certification is too faded or blurry for the average person to read. The circulator signatures, addresses, and dates on these pages are clear, indicating upon information and belief that this deficiency existed at the time the paper was circulated and signed, and was not caused by scanning or copying problems after submission.

Accordingly, the signatures on these pages should be stricken.

## Verification

I, Gregory Walz-Chojnacki, being first duly sworn upon oath, state that the statements contained in the above challenge are true and correct based upon my personal knowledge, or that on my information and belief, I believe them to be true.

Executed in the State of Wisconsin, County of Milwauke, this 4th date of June, 2026,

Gregory Walz-Chojnacki

Subscribed and sworn to before me
this 4 day of June, 2026,

Notary Public, State of Wisconsin
My commission: is permanent.

Legal analysis prepared by:

HALLING & CAYO, S.C.

Stacie H. Rosenzweig
State Bar No. 1062123
shr@hallingcayo.com
320 E. Buffalo Street, Suite 700
Milwaukee, WI 53202
(414) 271-3400

# EXHIBIT A

Challenger Exhibit A

# NOMINATION PAPER FOR PARTISAN OFFICE

| Candidate's name (required); no titles may be used | Candidate's residential address (required; No P.O. box) – Street, fire or rural route number; box number (if applicable); and name of street or road | Candidate's municipality for voting purposes (required) |
|---|---|---|
| Pete Karas | S76W16891 Gregory Dr, Unit E | ☐ Town of ☐ Village of ■ City of Muskego (name of municipality) |

| Candidate's mailing address, including municipality for mailing purposes (required if different than residential address or voting municipality) | State (required) | Zip code | Type of election (required) | General Election date (required) Mo/Day/Year | (Required) Name of Party or Statement of Principle (5 words or less) |
|---|---|---|---|---|---|
| PO Box 485, Muskego, WI 53150 | WI | 53150 | ■ general ☐ special | 11/03/26 | Wisconsin Green Party |

| Title of office (required) | District or Jurisdiction (required if applicable) | Name of jurisdiction or district in which candidate seeks office (required) |
|---|---|---|
| Secretary of State | ☐ District number ____ ☐ Jurisdiction (county) | State of Wisconsin |

I, the undersigned, request that the candidate, whose name and residential address are listed above, be placed on the ballot at the election described above as a candidate representing the party or statement of principle indicated above, so that voters will have the opportunity to vote for ☒ him or ☐ her for the office listed above. I am eligible to vote in the jurisdiction or district in which the candidate named above seeks office. I have not signed the nomination paper of any other candidate for the same office at this election.

**The municipality used for mailing purposes, when different than municipality of residence, is not sufficient. The name of the municipality of residence must always be listed.**

| | Signatures of Electors | Printed Name of Electors | Residential Address (No P.O. Box Addresses) Street and Number or Rural Route (Rural address must also include box or fire no) | Municipality of Residence Check the type and write the name of your municipality for voting purposes | Date of Signing Mo/Day/Year |
|---|---|---|---|---|---|
| 1 | [signature] | Abbie Christiansen | 2508 E. Bellevieu Pl | ☐ Town ☐ Village ☒ City Milwaukee | 6 08/20/26 |
| 2 | [signature] | Annette Robertson | 2715 N. Hackett Ave | ☐ Town ☐ Village ☒ City Milwaukee MKE | 05/20/26 |
| 3 | [signature] | Cathryn Reed | 3916 N. Harcourt Pl. | ☐ Town ☒ Village ☐ City Shorewood | 5/20/26 |
| 4 | [signature] | Vaughn Zwick | 2020 E. Park Pl. U#209 | ☐ Town ☐ Village ☒ City ~~MKE~~ Milwaukee | 5/20/26 |
| 5 | [signature] | Milo Ascher | 3805 N Bartlett Ave | ☐ Town ☒ Village ☐ City Shorewood | 5/20/26 |
| 6 | [signature] | Makenzie Moore | 2533 N. Oakland Ave | ☐ Town ☐ Village ☒ City Milwaukee | 5/20/26 |
| 7 | [signature] | Rosemary Lisowski | 740 E Linus # 222 | ☐ Town ☐ Village ☒ City Bay View Milwaukee | 5/20/26 |
| 8 | [signature] | Eliana Espinoza | 2553 S 7th Place | ☐ Town ☐ Village ☒ City Milwaukee | 5/20/26 |
| 9 | [signature] | Anna Bacigalupo | 4200 S lake Drive Unit 315 | ☐ Town ☐ Village ☒ City St Francis | 5/20/26 |
| 10 | [signature] | Benjamin Harris | 2227 E Woodstock Pl | ☐ Town ☐ Village ☒ City Milwaukee | 5/20/26 |

**CERTIFICATION OF CIRCULATOR**

I, Tiffany Anderson (Name of circulator), certify: I reside at 3240 E. Grange Ave. Cudahy, WI 53110 (Circulator's residential address - Include number, street, and municipality)

I further certify I am either a qualified elector of Wisconsin, or a U.S. citizen, age 18 or older who, if I were a resident of this state, would not be disqualified from voting under Wis. Stat. § 6.03. I personally circulated this nomination paper and personally obtained each of the signatures on this paper. I know that the signers are electors of the jurisdiction or district the candidate seeks to represent. I know that each person signed the paper with full knowledge of its content on the date indicated opposite his or her name. I know the respective residences given. I intend to support this candidate. I am aware that falsifying this certification is punishable under Wis. Stat. § 12.13(3)(a).

5-20-2026 (Date)

[signature] (Signature of circulator)

Page No. 10

Exhibit D 3

# EXHIBIT B

Challenger Exhibit B

# NOMINATION PAPER FOR PARTISAN OFFICE

| | | | | |
|---|---|---|---|---|
| Candidate's name (required); no title may be used: Pete Karas | Street, or number (required; or rural route); and name of road: S76W16891 Gregory Dr, Unit E | | Candidate's municipality for voting purposes (required): ☐ Town of ☐ Village of ☒ City of Muskego (name of municipality) | 10 |
| Candidate's mailing address, including municipality for mailing purposes (required if different than residential address or voting municipality): PO Box 485, Muskego, WI 53150 | State (required): WI | Zip code: 53150 | Type of election (required): ☒ general ☐ special; General Election date (required) Mo/Day/Year: 11/03/26 | (Required) Name of Party or Statement of Principle (5 words or less): Wisconsin Green Party |
| Title of office (required): Secretary of State | District or Jurisdiction (required if applicable): ☐ District number ☐ Jurisdiction (county) | | Name of jurisdiction or district in which candidate seeks office (required): State of Wisconsin | |

I, the undersigned, request that the candidate, whose name and residential address are listed above, be placed on the ballot at the election described above as a candidate representing the party or statement of principle indicated above, so that voters will have the opportunity to vote for ☒ him or ☐ her for the office listed above. I am eligible to vote in the jurisdiction or district in which the candidate named above seeks office. I have not signed the nomination paper of any other candidate for the same office at this election.

**The municipality used for mailing purposes, when different than municipality of residence, is not sufficient. The name of the municipality of residence must always be listed.**

| | Signatures of Electors | Printed Name of Electors | Residential Address (No P.O. Box Addresses) Street and Number or Rural Route (Rural address must also include box or fire no) | Municipality of Residence Check the type and write the name of your municipality for voting purposes | Date of Signing Mo/Day/Year |
|---|---|---|---|---|---|
| 1 | [signature] | ESTELLA GABOR | 2211 N. 71st Wauwatosa, WI 53213 | ☐ Town ☐ Village ☒ City Wauwatosa | 5/17/2026 |
| 2 | [signature] | Sanjiv Chheda | 2905 N Stowell Ave | ☐ Town ☐ Village ☒ City Milwaukee | 5/17/2026 |
| 3 | [signature] | AUSTIN SCHAEFER | 2636 N. Hackett Ave | ☐ Town ☐ Village ☒ City Milwaukee | 5/17/2026 |
| 4 | [signature] | KRISTINA NIEMI JOHNSON | 4514-5TH AVE, ~~KEN~~ | ☐ Town ☐ Village ☒ City KENOSHA | 5/17/2026 |
| 5 | [signature] | DEBORA CALLESEN | 2930 N STOWELL | ☐ Town ☐ Village ☒ City Milwaukee MKE | 5/17/2026 |
| 6 | [signature] | ED WALSH | 16675 DANE CT W. | ☐ Town ☐ Village ☒ City BKFLD | 5/20/2026 |
| 7 | [signature] | Sunitha Menon | 1212 E Kensington Blvd | ☐ Town ☒ Village ☐ City Shorewood | 5/20/2026 |
| 8 | [signature] | Sebastian Maisonet | 3142 N Holton St | ☐ Town ☐ Village ☒ City Milwaukee ~~Riverwest~~ | 5/20/2026 |
| 9 | [signature] | Sarah Meadows | 2519 N Prospect Ave Apt 17 | ☐ Town ☐ Village ☒ City Milwaukee | 5/20/2026 |
| 10 | [signature] | Tracy Harrington | 3339 N Downer St | ☐ Town ☐ Village ☒ City Milwaukee MKE | 5/20/26 |

## CERTIFICATION OF CIRCULATOR

I, Tiffany Anderson (Name of circulator), certify: I reside at 3240 E. Grange Ave Cudahy WI 53110 (Circulator's residential address: Include number, street, and municipality)

I further certify I am either a qualified elector of Wisconsin, or a U.S. citizen, age 18 or older who, if I were a resident of this state, would not be disqualified from voting under Wis. Stat. § 6.03. I personally circulated this nomination paper and personally obtained each of the signatures on this paper. I know that the signers are electors of the jurisdiction or district the candidate seeks to represent. I know that each person signed the paper with full knowledge of its content on the date indicated opposite his or her name. I know their respective residence is given. I intend to support this candidate. I am aware that falsifying this certification is punishable under Wis. Stat. § 12.13(3)(a).

5-20-2026 (Date) [signature] (Signature of circulator)

Page No. 1

Exhibit D

# EXHIBIT C

Challenger Exhibit C

7

# NOMINATION PAPER FOR PARTISAN OFFICE

| | | |
|---|---|---|
| Candidate's name (required) [illegible]<br>Pete Karas | Candidate's residential address [illegible] Street and number or fire number [illegible] road<br>S76W16891 Gregory Dr, Unit E | Candidate's municipality for voting purposes (required)<br>☐ Town of<br>☐ Village of<br>■ City of<br>Muskego<br>(name of municipality) |

| | | | | | |
|---|---|---|---|---|---|
| Candidate's mailing address, including municipality for mailing purposes (required if different than residential address or voting municipality)<br>PO Box 485, Muskego, WI 53150 | State (required)<br>WI | Zip code<br>53150 | Type of election (required)<br>■ general<br>☐ special | General Election date (required) Mo/Day/Year<br>11/03/26 | (Required) Name of Party or Statement of Principle (5 words or less)<br>Wisconsin Green Party |

| | | |
|---|---|---|
| Title of office (required)<br>Secretary of State | District or Jurisdiction (required if applicable)<br>☐ District number<br>☐ Jurisdiction (county) | Name of jurisdiction or district in which candidate seeks office (required)<br>State of Wisconsin |

I, the undersigned, request that the candidate, whose name and residential address are listed above, be placed on the ballot at the election described above as a candidate representing the party or statement of principle indicated above, so that voters will have the opportunity to vote for ☐ him or ☐ her for the office listed above. I am eligible to vote in the jurisdiction or district in which the candidate named above seeks office. I have not signed the nomination paper of any other candidate for the same office at this election.

**The municipality used for mailing purposes, when different than municipality of residence, is not sufficient. The name of the municipality of residence must always be listed.**

| | Signatures of Electors | Printed Name of Electors | Residential Address (no P.O. Box Addresses) Street and Number or Rural Route (Rural address must also include box or fire no) | Municipality of Residence Check the type and write the name of your municipality for voting purposes | Date of Signing Mo/Day/Year |
|---|---|---|---|---|---|
| 1. | [signature] | Dana Cherney | 7511 Ryan Amy Dr | ☐ Town ☒ Village ☐ City Weston | 5/24/26 |
| 2. | [signature] | Kyle Farvuder | 1915 Kensington Dr | ☐ Town ☐ Village ☒ City Waukesha | 5/24/26 |
| 3. | [signature] | Claire Noonan | 135 W Wells St Milwaukee, WI | ☐ Town ☐ Village ☒ City Milwaukee | 5/24/26 |
| 4. | [signature] | Katie Schumacher | 9000 N. whiteoak Ln | ☐ Town ☐ Village ☒ City Bayside | 5/24/26 |
| 5. | [signature] | Sylvia Bartman | 2630 N Hackett #209 ~~MKE~~ | ☐ Town ☐ Village ☒ City MKE | 5/24/26 |
| 6. | [signature] | Bryan Bartman | 2630 N Hackett #209 | ☐ Town ☐ Village ☒ City Milwaukee | 5/24/26 |
| 7. | Laura Glave | Laura Glave | 1841 Underwood Ave | ☒ Town ☐ Village ☐ City Wauwatosa | 5/24/26 |
| 8. | | Debbie Hershbeger | | ☐ Town ☐ Village ☐ City | |
| 9. | | | | ☐ Town ☐ Village ☐ City | |
| 10. | | | | ☐ Town ☐ Village ☐ City | |

## CERTIFICATION OF CIRCULATOR

I, Tiffany Anderson (Name of circulator), certify: I reside at 3240 E. Grange Ave. Cudahy WI 5310 (Circulator's residential address, include number, street, and municipality)

I further certify I am either a qualified elector of Wisconsin, or a U.S. citizen, age 18 or older who, if I were a resident of this state, would not be disqualified from voting under Wis. Stat. § 6.03. I personally circulated this nomination paper and personally obtained each of the signatures on this paper. I know that the signers are electors of the jurisdiction or district the candidate seeks to represent. I know that each person signed the paper with full knowledge of its content on the date indicated opposite his or her name. I know their respective residences given. I intend to support this candidate. I am aware that falsifying this certification is punishable under Wis. Stat. § 12.13(3)(a).

5/24/2026 (Date) [signature] (Signature of circulator)

Page No. 9

Exhibit D

STATE OF WISCONSIN ELECTIONS COMMISSION

GREGORY WALZ-CHOJNACKI

Complainant,

V.

PETER KARAS

Respondent.

AFFIDAVIT OF STACIE H. ROSENZWEIG

I, Stacie H. Rosenzweig, being duly sworn, state as follows:

1. I am the attorney of record for Complainant Gregory Walz-Chojnacki in this matter, and a notary public.

2. The Complainant is an individual personally known to me. He presented in my office at approximately 11:30 am on June 4, 2026 to sign the Complaint.

3. I confirmed that the Complainant swore or affirmed under penalty of perjury that the statements in the document were true and that he understood the verification, and he signed the document.

4. I then signed and affixed my notary seal, which is an embosser. My law firm's old scanner/copier typically picked up the impression from the embosser in a manner sufficient to show the seal on scanned or photocopied documents. However, we have recently replaced our scanner/copier and I learned, after the Complainant departed, that when scanning the document, the new device does not capture the impression from the embosser.

5. Accordingly, in an abundance of caution, I am providing this affidavit to confirm the notarial act.

______________________________
Stacie H. Rosenzweig

Subscribed and sworn to before me
this 4th day of June, 2026,

______________________________
Notary Public, State of Wisconsin
My commission: exp: 7/7/28

LAURIE A DEY-CANALES
NOTARY PUBLIC
STATE OF WISCONSIN